**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-1001**

———————

MILTON TOWNSEND, a/k/a John Doe, a/k/a
Isaiah Ben-Israel,

                                    Plaintiff - Appellant,

        versus


GENE M. JOHNSON, Virginia Department of
Corrections Director; FRED SCHILLING, Health
Service Director, Virginia Department of
Corrections; MEDICAL COLLEGE OF VIRGINIA,
Department of Corrections Health Care
Provider; PRISONER HEALTH SERVICE SYSTEM,
INCORPORATED, Virginia Health Care Provider;
JANE SETTLE, Infectious Disease Specialist,

                                    Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Richard L. Williams, Senior
District Judge.  (05-395)

———————

Submitted: May 18, 2006                Decided: May 30, 2006

———————

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Milton Townsend, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Milton Townsend appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Townsend v. Johnson</u>, No. 05-395 (E.D. Va. Nov. 21, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>